AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:22-CR-125 |
| ) | |
| JOHN ROBERT MAHER ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: __10/27/2022__

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

William Dinkin
*Printed name of defendant's attorney*

_____/s/____
*Judge's signature*

Henry E. Hudson, United States District Judge
*Judge's printed name and title*