IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ROBERT MAHER,<br><br>Defendant. | Case No. 3:22-CR-125 |

## STATEMENT OF FACTS

The United States and the defendant, JOHN ROBERT MAHER (hereinafter, "Maher"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or about April 7, 2019, in the Eastern District of Virginia, and within the jurisdiction of this Court, the defendant, JOHN ROBERT MAHER, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8), to wit: one or more digital files contained on a MacBook Air, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that had been shipped and transported using any means and facility of interstate and foreign commerce.

2. In or about December 2018, law enforcement officers with the Richmond Police Department received information that a user of Dropbox, Inc. uploaded several images constituting child pornography to their Dropbox account. The email address associated with the Dropbox account was john.r.maher@gmail.com.

3. Law enforcement officers identified the IP address used to access the Dropbox account and upload images. Information provided by Comcast revealed that this IP address was assigned to the residence of John Robert Maher.

1

4. On April 17, 2019, law enforcement officers of the Richmond Police Department executed a search warrant at the residence of John Robert Maher in the City of Richmond.

5. During execution of the search warrant, law enforcement seized several electronic devices from the residence belonging to Maher. One of these devices was a MacBook Air.

6. A subsequent forensic examination of the MacBook Air revealed that the device was used on April 7, 2019, to access the Internet and download a video depicting child pornography. The video downloaded by MAHER onto his MacBook Air is approximately 23 minutes and 29 seconds in duration. The video initially depicts a clothed male minor, approximately 13 to 15 years old. During the video, the minor removes all of his clothing and masturbates in full view of the camera to the point of ejaculation. This video constitutes child pornography as defined in 18 U.S.C. § 2256.

7. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

8. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: 10/27/22    By: *Heather Mansfield*
Heather Hart Mansfield
Assistant United States Attorney

2

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____  10.27.22
John Robert Maher
Defendant

I am the defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____  10/27/22
William Dinkin, Esq.
Attorney for John Robert Maher